**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **No. CR 06-00177-003-PHX-NVW** |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| **ROBERT L. SHEARBURN, JR.**, ) | |
| Defendant. ) | |
| _____) | |

Upon motion of counsel for Defendant ROBERT LEE SHEARBURN, JR., and good cause appearing therefore,

IT IS HEREBY ORDERED amending the Order of Release to reflect that ROBERT LEE SHEARBURN, JR. shall be released upon his own recognizance.

Excludable delay under 18 U.S.C. §3161(h) is found to commence on _____ for a total of _____ days.

DATED this 17th day of August, 2006.

_____
Edward C. Voss
United States Magistrate Judge

1